No. 97–2066. YADEGAR *v.* YADEGAR ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–2067. OLIVER *v.* HYDRO-VAC SERVICES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–2068. THERM-O-DISC, INC. *v.* MARYLAND CASUALTY CO., AS SUBROGEE OF GITELSON, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–2069. NIELSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–2070. SKARA *v.* MESTCHYAN ET UX. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–2071. MILLER ET AL. *v.* FLUME ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–2072. TURBOMECA, S. A., ET AL. *v.* BARNETT, INDIVIDUALLY AND AS GUARDIAN AD LITEM AND NEXT FRIEND OF BARNETT, ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 97–2073. BARJON ET AL. *v.* DALTON, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 97–2074. DEMAREST ET UX. *v.* RAINIER TITLE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 97–2075. GREEN ET AL. *v.* CITY OF BOSTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–2076. WYNN *v.* UNITED STATES; and
No. 98–5654. HADDY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 134 F. 3d 542.

No. 97–2077. HIBBLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–2078. WATSON *v.* UNIVERSITY MEDICAL CENTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–2080. J & E SALVAGE CO. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.